UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANITA WALLACE,

              Plaintiff,

        v.

WENDY'S INTERNATIONAL, INC.,

              Defendant.

Case No. C06-216P

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against PLAINTIFF ANITA WALLACE and on behalf of DEFENDANT WENDY'S INTERNATIONAL, INC. in the unopposed amount of $4,529.79.

Entered this    26th    day of DECEMBER , 2006 .

                            _____

                            Bruce Rifkin

                            Clerk, U.S. District Court

TAXATION OF COSTS -- 1